33 So.2d 378

### Charlie REAVES v. STATE.
### 4 Div. 480.

Supreme Court of Alabama.
Jan. 15, 1948.

J. W. Brassell, of Phenix City, for petitioner.

A. A. Carmichael, Atty. Gen., and Jas. T. Hardin, Asst. Atty. Gen., opposed.

PER CURIAM.

Petition of Charlie, alias Moody, Reaves for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Reaves v. State, Ala.App., 33 So.2d 376.

Writ denied.

GARDNER, C. J., and BROWN, LIVINGSTON, and SIMPSON, JJ., concur.